UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MEGAN D.,
                    Plaintiff,

                                                      5:25-CV-119
    v.                                                    (DJS)

COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.
_____

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

      Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking review of a decision by the Commissioner of Social Security that Plaintiff was not disabled. Dkt. No. 1. The parties have now stipulated to a remand pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. No. 17.

      **ACCORDINGLY**, it is

      **ORDERED**, that Defendant's decision denying Plaintiff disability benefits is **VACATED and the matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings**; and it is

      **ORDERED**, that the Clerk of the Court shall serve copies of this Order on the parties.

Dated: December 19, 2025
       Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge